**Henry LEONARD, Plaintiff–Appellee**

v.

**STATE OF LOUISIANA, on behalf of DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; Richard Stalder, individually and in his official capacity as Secretary of the Department of Corrections & Public Safety; Venetia Michael, individually and in her official capacity as Warden of David Wade Correctional Center; Jackie Hamil, individually and in his official capacity as a correctional officer at David Wade Correctional Center, Defendants–Appellants.**

No. 10–30982.

United States Court of Appeals,
Fifth Circuit.

Nov. 10, 2011.

Katharine Murphy Schwartzmann, Esq., Justin P. Harrison, Esq., American Civil Liberties Union Foundation of Louisiana, New Orleans, LA, Nelson Welch Cameron, Shreveport, LA, for Plaintiff–Appellee.

Stuart Kyle Duncan, Assistant Attorney General, Louisiana Department of Justice, Ross Warren Bergethon, Assistant Attorney General, Office of the Attorney General, Susan Wall Griffin, Louisiana Department of Public Safety & Corrections, Baton Rouge, LA, for Defendants–Appellants.

Before REAVLEY, GARZA, and GRAVES, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the following reason:

*The Final Call* is objectionable to the prison officials only because it regularly includes "The Muslim Program." We agree with the district court that banning the entire newspaper is not justified for that reason. While we do not agree that "The Muslim Program" is free of racially inflammatory language, the record here does not justify this order under circumstances where an objectionable page could be deleted and where this page has been included in all prior issues of the newspaper and is and always has been available to appellee.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.